**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

SERGIO SERRANO and JEFF SANTOS,

    Plaintiffs,

v.                                                      Case No.: 6:23-cv-1132-WWB-RMN

REED MOTORS, INC.,

    Defendant.

---

## ORDER

THIS CAUSE is before the Court on Plaintiffs' Notice of Voluntary Dismissal Without Prejudice (Doc. 19), wherein Plaintiffs stipulate to the dismissal without prejudice of all claims against Defendant. Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to terminate all pending motions and close this case. However, the Court notes that, because this case is brought pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, any underlying settlement agreements are legally unenforceable. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352–55 (11th Cir. 1982).

**DONE AND ORDERED** at Orlando, Florida on September 5, 2023.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record